IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOORISH SCIENCE TEMPLE OF AMERICA,

    Plaintiff,

  v.

AMERICAN HOME MORTGAGE SERVICING, INC., ET AL,

    Defendants.

No. C 11-00950 JSW

**ORDER TO SHOW CAUSE**

On January 28, 2011, Plaintiff Moorish Science Temple of America, appearing pro se, filed a complaint in the Superior Court for the County of Contra Costa against Defendants American Home Mortgage Servicing, Inc., HSBC Bank USA, National Association, as Trustee for SG Mortgage Securities Trust 2006-OPT2, Asset Backed Certificates, Series 2006 OPT2, and Power Default Services, Inc. ("Defendants"). Defendants removed the action to this Court on March 1, 2011. Defendants have filed a motion to dismiss all causes of action in the complaint and noticed the motion for hearing on April 29, 2011. Plaintiff's opposition brief or statement of non-opposition was due by April 8, 2011. Plaintiff has not filed any opposition or response to the motion to dismiss.

Plaintiff Moorish Science Temple of America is HEREBY ORDERED TO SHOW CAUSE in writing, by May 6, 2011, why the motion to dismiss pending against it should not be granted in light of Plaintiff's failure to file a timely opposition or statement of non-opposition.

Plaintiff's failure to file a timely response to this show cause Order will result in a dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

In light of the foregoing, the April 29, 2011 hearing on Defendant's motion to dismiss is VACATED. The hearing will be reset by the Court in a separate order if necessary.

**IT IS SO ORDERED.**

Dated: April 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MOORISH SCIENCE TEMPLE OF AMERICA et al,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE SERVICING, INC. et al,

    Defendant.

Case Number: CV11-00950 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Moorish Science Temple of America
3328 Brentwood Avenue
Richmond, CA 94803

Dated: April 15, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk