IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOORISH SCIENCE TEMPLE OF AMERICA,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE SERVICING, INC., ET AL,

    Defendants.

No. C 11-00950 JSW

**ORDER OF DISMISSAL**

On April 15, 2011, the Court issued an Order to show cause why this case should not be dismissed. Plaintiff has not filed any response to the show cause Order.

IT IS HEREBY ORDERED that this action is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 18, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MOORISH SCIENCE TEMPLE OF AMERICA et al,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE SERVICING, INC. et al,

    Defendant.

Case Number: CV11-00950 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Moorish Science Temple of America
3328 Brentwood Avenue
Richmond, CA 94803

Dated: May 18, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk